IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-CR-30272-DRH |
| ) | |
| OLAYINKA ILUMSA SUNMOLA, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S FIRST MOTION IN LIMINE FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF CERTAIN EVIDENCE**

The United States of America, by and through their undersigned attorneys, hereby respectfully moves this court for a pretrial ruling on admissibility of domestic business records pursuant to Fed. R. Evid. 803(6) and 902(11). Each set of business records is supported by a declaration that conforms to Fed. R. Evid. 902(11). A list of the sources of the records is appended hereto as Exhibit A. Copies of the declarations are appended here to as Exhibit B. Under Fed. R. Evid. 104(a), the court may determine whether a matter proffered may be admitted into evidence. In making a Rule 104(a) determination, the court is not bound by the Rules of Evidence except with respect to privilege. The government submits that ruling pretrial on the admissibility of business records will streamline the presentation of evidence at trial.

Fed. R. Evid. 803(6) provides for the admission of business records. Fed. R. Evid. 902(11) provides for their admission without any further evidence of foundation if accompanied by a written declaration of its custodian making certain certifications set out in the rule. As part of its investigation, the government obtained records from a plethora of businesses. In order to

1

avoid burdening the trial with the testimony of custodians to establish nothing more than the foundation for the records obtained, the government is in the process of obtaining business records declarations for each of these witnesses.  The government has already obtained a substantial number of these declarations, copies of which are being submitted herewith, in order to obtain a ruling of admissibility under Rule 104.

All the documents covered by the attached certifications have previously been provided to the defendant in electronic form.

The government requests only a ruling on foundation.  The government is not requesting an advance ruling on relevancy.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/Bruce E. Reppert*
BRUCE E. REPPERT
NATHAN D. STUMP
Assistant United States Attorneys
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Bruce.Reppert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-CR-30272-DRH |
| ) | |
| OLAYINKA ILUMSA SUNMOLA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Bruce E. Reppert*
BRUCE E. REPPERT
NATHAN D. STUMP
Assistant United States Attorneys
Nine Executive Drive
Fairview Heights, IL  62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Bruce.Reppert@usdoj.gov

3