IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         Case No.  13-CR-30272-DRH

OLAYINKA ILUMSA SUNMOLA,

    Defendant.

## ORDER

Before this Court is the Government's motion to protect the identities of victims in this case (Doc. 26). Specifically, the Government seeks suppression of the victims' names in this case from all public filings and proceedings, including the trial, and allowing them to be referred to instead as Jane Doe 1, Jane Doe 2, etc., as set forth in the indictment. Suppressing the names of the victims is meant to protect their privacy and to avoid subjecting them to unnecessary psychological harm. Defendant does not object to this motion.

Accordingly, the Court **GRANTS** the motion (Doc. 26), except to the extent that disclosure of the victims' names is necessary during *voir dire*. The Court will take reasonable precautions to meet the objectives of this order and proper *voir dire*.

**IT IS SO ORDERED.**

Signed this 8th day of October, 2015.

Digitally signed by David R. Herndon
Date: 2015.10.08 14:40:20 -05'00'

United States District Judge