IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**OLAYINKA ILUMSA SUNMOLA,**

**Defendant.**                             No. 13-cr-30272-DRH

## MEMORANDUN & ORDER

**HERNDON, District Judge:**

Before this Court is the government's first motion *in limine* for Pretrial Determination of Admissibility of Certain Evidence (Doc. 23). The government asks that the Court make a pretrial ruling on the admissibility of domestic business records pursuant to FED. R. EVID. 803(6) and 902(11). They seek said ruling to prevent the need for the testimony of custodians to establish nothing more than the foundation for the obtained business records during trial. For the reasons stated below, the motion is granted.

On the basis that the defendant filed no response to the government's motion *in limine* for pretrial ruling on the admissibility of the proposed business records, and therefore seemingly does not object to the pending motion, the Court interprets his lack of a response as an admission on the merits of the motion.

Additionally, and in the alternative, on the merits of the motion in accordance with FED. R. EVID. 803(6) and 902(11)—and based on authority

granted to the Court under FED. R. EVID. 104(a)—the seventeen (17) business records declarations (Doc. 23-2) are sufficient to establish the required foundation for the admissibility of the exhibits for which they are applicable. Accordingly the motion *in limine* is **GRANTED** (Doc. 23).

**IT IS SO ORDERED.**

Signed this 23rd day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.23 14:11:15 -06'00'

**United States District Judge**