IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**OLAYINKA ILUMSA SUNMOLA,**

**Defendant.**                                                                 No. 13-cr-30272-DRH

## MEMORANDUN & ORDER

**HERNDON, District Judge:**

Before this Court is the government's second motion *in limine* for Pretrial Determination of Admissibility of Translations (Doc. 29). The government asks that the Court make a pretrial ruling on the admissibility of foreign translations pursuant to FED. R. EVID. 104. Specifically, the government obtained by search warrant a large amount of email and internet chat logs in the Nigerian Pidgin language, a form of English that also contains words and phrases in languages native to Nigeria. Thereafter, the government employed a translator native to Nigeria, who has previously worked for Nigerian law enforcement to translate the logs. The government states that the translator is conversant in English, Nigerian Pidgin English, and Yoruba, which is the language spoken in the area of Nigeria from which the defendant appears to come.

Copies of the seized emails and chat logs along with the log translations were provided to the defendant. In order to resolve any translation issues prior to

trial, the government requests a court-imposed deadline for identifying claimed inaccuracies in the translation. Given the fact that the defendant has possessed the translations for multiple months, the government requests a deadline be set for identifying alleged inaccuracies and alternative translations.

On the basis that the defendant filed no response to the government's motion *in limine* for pretrial ruling on the admissibility of the proposed translations, and therefore seemingly does not object to the pending motion, the Court interprets his lack of a response as an admission on the merits of the motion. Accordingly, the Court adopts the government's proposed deadline, and the defendant shall identify any claimed inaccuracies or alternative translations for the chat logs **on or before February 8, 2016**. Accordingly the motion *in limine* is **GRANTED** (Doc. 29).

**IT IS SO ORDERED.**

Signed this 1st day of February, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.02.01 11:50:04 -06'00'

**United States District Judge**