IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-30272-DRH |
| | ) | |
| OLAYINKA ILUMSA SUNMOLA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO AUTHORIZE CLERK TO HOLD FUNDS PENDING SENTENCING**

The United States respectfully moves this Court for an order authorizing the Clerk of Court to hold certain funds related to this prosecution pending completion of the sentencing hearing. In support of this motion, the United States avers as follows:

1. On March 2, 2016, two days into his trial, Defendant Sunmola pled guilty to all eight counts of the indictment, which charged him with criminal conspiracy, mail fraud, wire fraud, and interstate extortion. The evidence presented at trial and during Sunmola's plea colloquy shows that he was the mastermind of an international online romance scam that targeted middle-aged women throughout the United States, including the Southern District of Illinois, from March 2008 to February 2013.

2. Sunmola's sentencing hearing began on August 12, 2016. It was subsequently continued, and now that Sunmola has been appointed new counsel, a new date for the hearing's completion has not been set. A status conference is scheduled for November 9, 2016.

3. The United States anticipates that Sunmola's sentence may include special assessments and a criminal fine. Restitution is mandatory. *See* 18 U.S.C. § 3663A; U.S.S.G. § 5E1.1. The Probation Office has calculated restitution owed in the amount of $1,707,260.98.

4. At the time he committed his crimes, Sunmola was residing in the Republic of South Africa. Through legal forfeiture proceedings, and on account of his criminal conduct in this case, the South African government seized and liquidated four properties belonging to Sunmola. The proceeds of those sales total $203,211.43.

5. The South African Government also seized $1,428.79 from a bank account controlled by Sunmola that was used in furtherance of the charged offenses.

6. The United States Postal Inspection Service currently has custody of the funds provided by South Africa, which together add up to $204,640.22.

7. The United States has also commenced a civil forfeiture proceeding against approximately £5,250 in currency that was seized from the defendant upon his arrest in London.

8. The United States hopes that at the conclusion of this case, some money can be returned to the victims. These funds should be used to help satisfy the Court's restitution award at sentencing.

9. In the meantime, the United States respectfully asks this Court to authorize the Clerk of Court to accept the funds and to hold them in a designated account for future disposition.

Respectfully submitted this the 21st day of October, 2016.

> DONALD S. BOYCE
> United States Attorney
>
> *s/ Nathan D. Stump*
> NATHAN D. STUMP
> Assistant United States Attorney
> 9 Executive Drive
> Fairview Heights, Illinois 62208
> Tel: (618) 628-3700
> Fax: (618) 628-3720
> Email: nathan.stump@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:13-cr-30272-DRH |
| | ) |
| OLAYINKA ILUMSA SUNMOLA, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 21st day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Peter Cohen, Esq., counsel for the defendant.

*s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Tel: (618) 628-3700
Fax: (618) 628-3720
Email: nathan.stump@usdoj.gov

3